JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA TURGEON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>7-ELEVEN, INC., a Texas Corporation; doing business as "7-ELEVEN", and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-06694-AB (Ex)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br>**[36]** |

Complaint Filed: August 3, 2018
Trial Date: February 4, 2020

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. The above-referenced action be **DISMISSED** in its entirety and with prejudice as to each and all of Plaintiff Debra Turgeon's claims and causes of action as alleged in the above-referenced action.
2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: July 5, 2019

_____
Hon. André Birotte Jr.
United States District Judge